Neil T. O'Donnell
Cascadia Cross Border Law Group LLC
Attorneys for Plaintiff Andrew Moller
4141 B Street, Suite 205
Anchorage, Alaska 99503-5940
Phone: (907) 242-5800
nodonnell@cascadialawalaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREW MOLLER,<br><br>      Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC. and EKATERINA YUVASHEVA,<br><br>      Defendants. | Case No. 4:17-cv-00031-SLG |

### PLAINTIFF'S MOTION AND MEMORANDUM REGARDING
### LAW OF THE CASE CONCERNING PRE-EXISTING CONDITIONS

       This diversity action is governed by Alaska tort law. Plaintiff hereby moves for an order establishing that black-letter Alaska law regarding the aggravation of pre-existing conditions applies to this case. Plaintiff makes this motion now so that Plaintiff's legal counsel can refer to this standard in his opening statement.

       Mr. Moller has several conditions that pre-existed the pharmacy error in this case, including epilepsy, depression and anxiety. The Alaska Supreme Court has repeatedly approved the language of Alaska Pattern Jury Instruction 20.11, Aggravation of Pre-Existing

Condition or Disability, as correctly stating Alaska law. (Ex. 1; LaMoureaux v. Totem Ocean Trailers Express, Inc., 632 P.2d 539, 543 – 545 (Alaska 1981); Tolan v. ERA Helicopters, 699 P.2d 1265, 1271 – 72 (Alaska 1985); Glamann v. Kirk, 29 P.3d 255, 261 (Alaska 2001); Doxsee v. Doxsee, 80 P.3d 225, 228 – 229 (Alaska 2003)). Plaintiff requests that the Court rule that Alaska Pattern Jury Instruction 20.11 reflects the applicable law of this case regarding the aggravation of pre-existing conditions.

DATED this 15th day of April, 2019.

CASCADIA CROSS BORDER LAW
GROUP LLC
Attorneys for Plaintiff Andrew Moller


By  s/ *Neil T. O'Donnell*
    Neil T. O'Donnell
    4141 B Street, Suite 205
    Anchorage, AK 99503-5940
    Phone: (907) 242-5800
    nodonnell@cascadialawalaska.com
    Alaska Bar No. 8306049

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2019, I filed the foregoing and all documents in support thereof, with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Jim M. Boardman, Esq.
JimBoardman@impc-lawcom

William H. Ingaldson, Esq.
bill@impc-law.com

/s/ *Neil T. O'Donnell*
Neil T. O'Donnell

PLAINTIFF'S MOTION AND MEMORANDUM FOR DECLARATORY
JUDGMENT CONCERNING PREEMPTION OF AS 09.55.548(b)
Page 2
*Moller v. Safeway*, et. al., Case No. 4:17-cv-00031-SLG

CASCADIA CROSS BORDER LAW GROUP LLC
4141 B Street, Suite 205
Anchorage, AK 99503-5940
Tel 907.242.5800